UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JARROD WATSON, and LINDA WATSON,
as co-Next Friends for A.W., a minor; and
JARROD WATSON and LINDA WATSON,
Individually,

       Plaintiffs,                        Judge Mark A. Goldsmith

v                                           No. 22-11959

OXFORD COMMUNITY SCHOOLS,
TIMOTHY THRONE, STEVEN WOLF,
NICHOLAS EJAK, PAM PARKER FINE,
SHAWN HOPKINS, KIMBERLY POTTS
and KENNETH WEAVER
_____/

| TODD F. FLOOD (P58555) | TIMOTHY J. MULLINS (P28021) |
|---|---|
| VINCENT J. HAISHA (P76506) | KENNETH B. CHAPIE (P66148) |
| FLOOD LAW, PLLC | JOHN L. MILLER (P71913) |
| *Attorneys for Plaintiffs* | ANNABEL F. SHEA (P83750) |
| 155 W. Congress St., Ste. 603 | Giarmarco, Mullins & Horton, P.C. |
| Detroit, MI 48226 | *Attorneys for Defendants* |
| (248) 547-1032 | 101 W. Big Beaver Road, 10th Floor |
| tflood@floodlaw.com | Troy, MI 48084-5280 |
| vhaisha@floodlaw.com | (248) 457-7020 |
| | tmullins@gmhlaw.com |
| | kchapie@gmhlaw.com |
| | jmiller@gmhlaw.com |
| | ashea@gmhlaw.com |

## **NOTICE OF NON-PARTY FAULT**

Defendants, OXFORD COMMUNITY SCHOOLS, TIMOTHY THRONE, STEVEN WOLF, NICHOLAS EJAK, PAM PARKER FINE, SHAWN HOPKINS, KIMBERLY POTTS and KENNETH WEAVER, by and through their attorneys,

GIARMARCO, MULLINS & HORTON, P.C., hereby file this Notice of Non-Party Fault pursuant to MCR 2.112(K) as to the following non-parties:

1. Ethan Crumbley
2. Jennifer Crumbley
3. James Crumbley

The three non-parties above reside in the Oakland County Jail. As to Ethan Crumbley, his criminal actions of surreptitiously bringing a gun to Oxford High School on November 30, 2021 and engaging in an assaultive homicidal rampage with the firearm was the one most immediate, efficient, and direct proximate cause of Plaintiff's injuries. He is being criminally prosecuted for his criminal actions.

Additionally, James and Jennifer Crumbley are an immediate proximate cause of Plaintiff's injury. They purchased the gun for their son, taught him how to load and fire the gun, and took him to a shooting range where he was taught how to use the gun and practice firing it. James and Jennifer Crumbley further allowed Ethan Crumbley to have access to the gun on November 30, 2021 to carry out his criminal acts. James and Jennifer are being criminally prosecuted as a result of their involvement in the November 30, 2021 tragedy.

The Oakland County Circuit Court has entered a default against all three named non-parties, thereby establishing their liability for having proximately caused the injuries complained of.

/s/TIMOTHY J. MULLINS
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendants

DATED: November 22, 2022

## CERTIFICATE OF ELECTRONIC SERVICE

    TIMOTHY J. MULLINS states that on November 22, 2022, he did serve a copy of the Notice of Non-Party Fault via the United States District Court electronic transmission.

/s/TIMOTHY J. MULLINS
GIARMARCO, MULLINS & HORTON, PC
Attorney for Defendants
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
P28021

3