UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JARROD WATSON, and LINDA WATSON,
as co-Next Friends for A.W., a minor; and
JARROD WATSON and LINDA WATSON,
individually,

        Plaintiffs,                  Hon. Mark A. Goldsmith
                                                              Case No. 22-11959

v.

OXFORD COMMUNITY SCHOOL DISTRICT,
NICHOLAS EJAK, and
SHAWN HOPKINS.

        Defendants.
_____/

**STIPULATION EXTENDING FILING DEADLINE FOR PLAINTIFFS'
RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE
PLEADINGS (ECF NO. 25)**

      The undersigned Parties hereby stipulate and agree to extend the time for Plaintiff to file a response to Defendants' Motion for Judgment on the Pleadings (**ECF No. 25**) to Friday, June 30, 2023.

Dated: June 7, 2023                      Respectfully submitted,

*/s/ Todd F. Flood*                     */s/ Timothy J. Mullins (by consent)*
Todd F. Flood (P58555)             Timothy J. Mullins (P82688)
FLOOD LAW PLLC                  GIARMARCO, MULLINS, &
155 W. Congress St., Ste. 603        HORTON, P.C.
Detroit, MI 48226                     101 W. Big Beaver Rd., 10th Fl.

P: (248) 547-1032
tflood@floodlaw.com

*Counsel for Plaintiffs*

Troy, MI 48084
P: (248) 457-7020
tmullins@gmhlaw.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JARROD WATSON, and LINDA WATSON,
as co-Next Friends for A.W., a minor; and
JARROD WATSON and LINDA WATSON,
individually,

        Plaintiffs,                              Hon. Mark A. Goldsmith
                                                           Case No. 22-11959

v.

OXFORD COMMUNITY SCHOOL DISTRICT,
NICHOLAS EJAK, and
SHAWN HOPKINS.

        Defendants.
_____/

## ORDER EXTENDING FILING DEADLINE FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS (ECF NO. 25)

Pursuant to a Stipulation dated June 7, 2023, the Court orders that the filing deadline for Plaintiffs' Response to Defendants' Motion for Judgment on the Pleadings (ECF No. 25) shall be extended to Friday, June 30, 2023.

    IT IS SO ORDERED:

Dated: June 9, 2023                            s/ Mark A. Goldsmith
                                                Hon. Mark A. Goldsmith
                                                United States District Judge